UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATHAN MARQUIS LEBARON,
    Plaintiff,

v.                                          CIVIL ACTION NO. 14-14138-LTS

MASSACHUSETTS PARTNERSHIP
FOR CORRECTION HEALTH, *et al.*,
    Defendants.

REPORT AND RECOMMENDATION ON
MOTION FOR TRO TO FIX TYPEWRITER CAGES
AND/OR PROVIDE A TYPEWRITER NOT IN CAGE (#80).

KELLEY, U.S.M.J.

    A telephone conference was held in this case on June 7, 2016. Among other matters, the Court addressed the Motion for TRO. (#80.) The Court requested that defense counsel contact the institution where Mr. LeBaron is currently housed to ask if he would be permitted to use a typewriter without a cage. In addition, a member of the Clerk's Office staff would also be contacting the institution about this issue.

    Having addressed the question of the typewriter at the June 7th conference, I RECOMMEND that the Motion for TRO to Fix Typewriter Cages and/or Provide a Typewriter not in a Cage (#80) be DENIED.

REVIEW BY DISTRICT JUDGE

    The parties are hereby advised that any party who objects to these recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the

portion of the recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271, 273 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4, 6 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603, 604 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140, 148-49 (1985).

June 17, 2016

/s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge